Filed 2/8/24  P. v. Gutierrez CA2/5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE,<br><br>　　　Plaintiff and Respondent,<br><br>　　　v.<br><br>NICHOLAS DANDRE GUTIERREZ,<br><br>　　　Defendant and Appellant. | B330251<br><br>(Los Angeles County<br>Super. Ct. No. VA155499) |

APPEAL from a judgment of the Superior Court of the County of Los Angeles, Joseph R. Porras, Judge.  Affirmed.

John L. Staley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearances for Plaintiff and Respondent.

_____

On December 14, 2022, the Los Angeles County District Attorney filed an amended information charging defendant

Nicholas Gutierrez with murder (Pen. Code, § 187, subd. (a)[1]) and alleging that the murder was willful, deliberate, and premeditated within the meaning of section 189, subdivision (a) and that, in the commission of the offense, he personally used a firearm within the meaning of section 12022.5, subdivision (a).

On March 1, 2023, defendant, pursuant to the terms of a plea agreement, pleaded no contest to murder and admitted that the murder was willful, deliberate, and premeditated and that he personally used a firearm in the commission of his offense (§ 12022.5, subd. (a)). Following the plea colloquy, the trial court found that defendant had expressly, knowingly, understandingly, and intelligently waived his constitutional rights and that his plea and admissions were freely and voluntarily made with an understanding of the nature and consequences of the plea. The court also found there was a factual basis for the plea.

On March 24, 2023, the trial court sentenced defendant, consistent with the terms of the plea agreement, to a term of 25 years to life on the murder charge, with a consecutive 10-year enhancement pursuant to section 12022.5, subdivision (a), for an aggregate term of 35 years to life. The court also imposed certain fees and assessments.

On April 25, 2023, defendant filed a notice of appeal.

We appointed counsel to represent defendant on appeal. On October 3, 2023, counsel filed an opening brief in which counsel did not identify any arguable issues and requested that we follow the procedure set forth in *People v. Wende* (1979) 25 Cal.3d 436, 441 (*Wende*). On October 4, 2023, we advised defendant that appointed appellate counsel had failed to find any

---

[1] All further statutory references are to the Penal Code.

arguable issues and he had 30 days within which to independently brief any grounds for appeal, contentions, or arguments that he wished for us to consider. Defendant did not file a supplemental brief.

We have reviewed the record and are satisfied that defendant's appointed appellate counsel has fully complied with his responsibilities and no arguable issues exist. (*Wende, supra*, 25 Cal.3d at p. 441.)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS


KIM, J.


We concur:



RUBIN, P. J.



MOOR, J.